**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**JUDGMENT IN A CIVIL CASE**

GEORGE DAVIS,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
v.                                               )          Case No. 21-0860-CV-W-BP
                                                 )
DENIS McDONOUGH, as Secretary of                 )
the Department of Veterans                       )
Affairs, and THE UNITED STATES OF                )
AMERICA,,                                        )
                                                 )
                    Defendants.                  )

_____ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_**X** **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant USA's Motion to Dismiss is GRANTED. Defendant McDonough's Motion for Summary Judgment is GRANTED.


September 1, 2023                                Paige Wymore-Wynn
Date                                             Clerk of Court

                                                 /s/ Tracy L. Diefenbach
                                                 (by) Deputy Clerk